#590-1285                            RPV/KAS                            #6191112

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida not for profit corporation, and PETER SPALLUTO, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> HILTON HOTELS CORPORATION, a Delaware Corporation d/b/a HILTON CHICAGO O'HARE AIRPORT, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) No.: 06 C 4123 ) ) ) ) ) ) ) |

### CERTIFICATE OF SERVICE

I, Robert P. Vogt, certify that on **December 14, 2006,** I electronically filed **Stipulation of Dismissal with Prejudice,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

- **Thomas B. Bacon**
  tbb@fullerfuller.com
- **John P. Fuller**
  jpf@fullerfuller.com

and hereby certify that on **December 4, 2006,** I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

(No manual recipients)

Respectfully Submitted,

**WELDON-LINNE & VOGT**

By: /s/ Robert P. Vogt
     Robert P. Vogt

**WELDON-LINNE & VOGT**
Attorneys for Defendant
105 West Madison Street, 14th Floor
Chicago, Illinois 60602
(312) 236-5151

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ACCESS 4 ALL, INC., a Florida
Not-for-Profit Corporation, and
PETER SPALLUTO, Individually,

    Plaintiffs,

Vs.

HILTON HOTELS CORPORATION,
a Delaware Corporation, d/b/a
HILTON CHICAGO O'HARE AIRPORT,

    Defendant.
_____/

Case No.: 1:06-cv-4123-SD-MTM
Judge Samuel Der-Yeghiayan

## STIPULATION OF DISMISSAL WITH PREJUDICE

This matter having been settled and compromised, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this action, and all Plaintiffs' claims and causes of action against Defendant, are hereby dismissed with prejudice.

Respectfully submitted,

/s/ Jerome G. Silbert
Jerome G. Silbert, Esq.
Law Office of Jerome G. Silbert
10 S. Riverside Plaza, Suite 1020
Chicago, Illinois 60606
Tel. (312) 207-0181
Fax (312) 207-1332

Attorney for Plaintiffs Access 4 All, Inc. and Peter Spalluto

1

2

        /s/ Robert P. Vogt.
Robert P. Vogt, Esq.
Weldon-Linne & Vogt
105 West Madison Street, Suite 1400
Chicago, Illinois 60602
Tel. (312) 236-5151
Fax (312) 236-5161

Attorneys for Defendant Hilton Hotels Corporation